UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RUBEN TARRATS,                              :
         Petitioner,                   :
                         :            No. 5:15-cr-00592-4
         v.                            :            No. 5:20-cv-02917
                         :
UNITED STATES OF AMERICA,                    :
         Respondent.                   :

_____

**<u>O R D E R</u>**

**AND NOW**, this 12ᵗʰ day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.      The Motions to Lift Stay, ECF Nos. 385-386, are **GRANTED**.

2.      The stay issued on June 17, 2020, is **LIFTED**.

3.      The Motions for Leave to Amend or Supplement the Motion is Vacate, ECF Nos. 379 and 401, are **DENIED**.

4.      The Motion to Vacate, ECF No. 318, is **DENIED**.

5.      A certificate of appealability is **DENIED**.

6.      The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge